Eusebius James Biggs, Appellant, v. City of Chicago et al., Appellees.

Gen. No. 45,825.

E. J. Biggs, of Chicago, for appellant; John J. Mortimer, Corporation Counsel of City of Chicago, for appellees; L. Louis Karton, Head of Appeals and Review Division, and Arthur Magid, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 9, 1952; rehearing denied December 23, 1952; released for publication December 23, 1952.